**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-6189**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

TERRY CHARLIE SALTZ,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Robert D. Potter, Senior District Judge.  (CR-94-64-P, CA-95-430-3-P)

———————

Submitted:  September 20, 1996        Decided:  October 3, 1996

———————

Before NIEMEYER, HAMILTON, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Terry Charlie Saltz, Appellant Pro Se.  Kenneth Davis Bell, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

 Appellant appeals from the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (1994), as amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214. We have reviewed the record and the district court's opinion and find no reversible error. Appellant failed to provide a transcript of the Fed. R. Crim. P. 11 hearing. See Fed. R. App. P. 10(b)(2); Powell v. Estelle, 959 F.2d 22, 26 (5th Cir.), cert. denied, 506 U.S. 1025 (1992). Moreover, Appellant has failed to state a substantial claim justifying preparation of a transcript at government expense. 28 U.S.C. § 753(f) (1994). Consequently, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED